IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr.No. CR 08 62S |
| | : | In violation of 21 U.S.C. §§ |
| v. | : | 841(a)(1) & (b)(1)(B) |
| | : | |
| RONALD L. WILSON | : | |

FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury Charges:

COUNT ONE

On or about May 8, 2008, in the District of Rhode Island, the defendant, RONALD L. WILSON, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

Date: 7/23/08

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Division Chief