# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CR 08-62S***

*To:* *ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **RONALD L. WILSON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **28th** day of **July, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

[illegible] certify and return that [illegible]

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: July 24, 2008.

David A. DiMarzio, Clerk

Arraignment

***By /s/ Martha Saucier***
*Martha Saucier - Deputy Clerk*